UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DISTRICT COUNCIL NO. 9
INTERNATIONAL UNION OF PAINTERS
AND ALLIED TRADES, A.F.L.-C.I.O.,

                Petitioner,

-against-

SAHARA CONSTRUCTION CORP.,

                Respondent.

Case No. 1:25-cv-05693 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    This case has been assigned to me for all purposes. On July 10, 2025, Petitioners filed a complaint seeking confirmation of an arbitration award. Dkt. 1. Petitioners have not yet docketed an affidavit of service.

    Confirmation proceedings for arbitration awards must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). It is hereby:

    ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition for confirmation by **July 24, 2025**. Respondent's opposition, if any, is due on **August 14, 2025**. Petitioners' reply, if any, is due on **August 28, 2025**.

    IT IS FURTHER ORDERED that Petitioner shall serve a copy of this Order on Respondent and file an affidavit of service of this Order;

    IT IS FURTHER ORDERED that the Petitioner shall file its affidavit of service of the Complaint promptly.

Dated: July 14, 2025
       New York, New York

                                  SO ORDERED.

                                  *Jennifer Rochon*
                                JENNIFER L. ROCHON
                                United States District Judge