**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
DISTRICT COUNCIL NO. 9 INTERNATIONAL
UNION OF PAINTERS AND ALLIED TRADES,
A.F.L.-C.I.O.,

                          Petitioner,                                          25 **CIVIL** 5693 (JLR)

          -against-                                                                **JUDGMENT**

   SAHARA CONSTRUCTION CORP.,

                          Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated September 9, 2025, the Court

GRANTS Petitioner's unopposed Petition to confirm the Award.   Judgment is entered in favor of

Petitioner and against Respondent as follows:

(a) The Decision and Award issued by the Joint Trade Committee on the Painting and

Decorating Industry, dated March 18, 2025, is confirmed;

(b) Respondent is ordered to pay $2,500 in fines to the Joint Trade Committee of the

Painting and Decorating Industry, pursuant to the terms of the Award; and

(c) Respondent is ordered to pay Petitioner $2,700 in attorneys' fees and $595.76 in costs.

Accordingly, the case is closed.

**Dated**: New York, New York
        September 10, 2025

                                                                        **TAMMI M. HELLWIG**
                                                            _____
                                                                          **Clerk of Court**
                                        **BY:**
                                                            _Negam Dulel_____
                                                                          **Deputy Clerk**